United States of America
District of Massachusetts

Suffolk, ss.

| | |
|---|---|
| Dean Tran | ) |
| | ) |
| v. | ) Docket No. 22-CV-40086-LTS |
| | ) |
| Attorney General Maura Healey | ) |

## Notice of Appeal

Now comes the Plaintiff, Dean Tran, who serves notice of his intention to appeal the denial, on September 13, 2022, of his motions for emergency relief and the dismissal of his case.

Respectfully Submitted,

Dean Tran
By his Attorney
/S/ Michael Walsh
Michael Walsh
BBO 681001
Walsh & Walsh LLP
PO Box 9
Lynnfield, MA 01940
617-257-5496
Walsh.lynnfield@gmail.com

## Certificate of Service

I, Michael Walsh, do hereby certify that a copy of this notice was served upon all participating ECF/CM filers on this 11th day of October, 2022.
/S/ Michael Walsh